# EXHIBIT 8

# A REPRESENTATIVE PAGE OF PLAINTIFF'S WEBSITE UCR.ONLINE



**A REPRESENTATIVE PAGE OF DEFENDANTS' WEBSITE UCRREGISTER.ONLINE**



| PORTIONS OF PLAINTIFF'S WEBSITE UCR.ONLINE | A REPRESENTATIVE SAMPLING OF INFRINGING CONTENTS OF DEFENDANTS' WEBSITE UCRREGISTER.ONLINE |
|---|---|
|  |  |
| **Is My Business Required to Complete the UCR Registration?**<br><br>Yes, if part of your business requires interstate travel, then you must submit your Unified Carrier Registration. In 2005, the federal government passed a law that all individuals or companies that operate commercial motor vehicles across state or international lines must pay an annual fee based on the size of their fleet. This fee helps maintain public roads and invests in driver safety programs. It is mandatory to complete the FMCSA UCR registration every year you are in business. For example, this means if you operated in 2023 and completed the UCR for 2023, if you plan to operate in 2024 as well, you will also have to complete a UCR for 2024. Don't waste money on unnecessary fines or worse. Let us help you register your vehicle or whole fleet today! We can assist with both a UCR renewal or with completing a new UCR filing!<br><br>**What if My State is not Part of the UCR Agreement?**<br><br>You still must submit your Unified Carrier Registration if your business crosses state or federal lines. Canadian-based businesses and drivers who reside in states that don't participate in the UCR Agreement still need to follow the Unified Carrier Registration Act of 2005. Don't get caught at the border without properly registering first. Drivers caught on the road without proper UCR registration are subject to fines and can even have their vehicle impounded. The UCR 2023 permitting is nearing its expiration, which means the UCR 2024 filing period is approaching. Make sure to complete your UCR renewal in a timely manner or get your new UCR filing completed before hitting the road. Let us help you find a state to register with and get yourself safely back on the road. | **Is My Business Required to Register?**<br><br>Yes, if part of your business requires interstate travel, then you must submit your Unified Carrier Registration. In 2005, the federal government passed a law that all individuals or companies that operate commercial motor vehicles across state or international lines must pay an annual fee based on the size of their fleet. This fee helps maintain public roads and invests in driver safety programs. It is mandatory to register every year you are in business. Don't waste money on unnecessary fines or worse. Let us help you register your vehicle or whole fleet today!<br><br>**What if My State is not Part of the UCR Agreement?**<br><br>You still must submit your Unified Carrier Registration if your business crosses state or federal lines. Canadian-based businesses and drivers who reside in states that don't participate in the UCR Agreement still need to follow the Unified Carrier Registration Act of 2005. Don't get caught at the border without properly registering first. Drivers caught on the road without proper registration are subject to fines and can even have their vehicle impounded. We can help you find a state to register with and get yourself safely back on the road. |
|  **A Team of Industry Experts to Help You with Every Step**<br><br>Here at UCR.Online, we're more than just a website. We have live representatives ready to assist you with every step of the registration process. Being in business since 2005, our company has vast amounts of experience helping drivers and fleet owners like you submit your UCR registration. We can help you find your category, update your information, and keep your registration organized. Furthermore, we will keep record of your UCR filing and send you a reminder when it is time to complete your UCR renewal. If you are ready to get started on your UCR 2024 filing, give us a call and we will assist you with the whole process!<br><br>The trucking industry is notorious for having long hours, and busy schedules. We understand the time you spend out of your truck is precious to you. Don't waste it filling out forms. Let us help so you can spend more time doing what you love. |  **A Team of Industry Experts to Help You with Every Step**<br><br>Here at ucrregister.online, we're more than just a website. We have live representatives ready to assist you with every step of the registration process. Our team has over 16 years of experience helping drivers and fleet owners like you submit your Unified Carrier Registration. We can help you find your category, update your information, and keep your registration organized.<br><br>The trucking industry is notorious for having long hours, and busy schedules. We understand the time you spend out of your truck is precious to you. Don't waste it filling out forms. Let us help you so you can spend more time doing what you love. |

| PORTIONS OF PLAINTIFF'S WEBSITE UCR.ONLINE | A REPRESENTATIVE SAMPLING OF INFRINGING CONTENTS OF DEFENDANTS' WEBSITE UCRREGISTER.ONLINE |
|---|---|
|  |  |