# EXHIBIT 9

## A REPRESENTATIVE PAGE OF PLAINTIFF'S WEBSITE UCR.ONLINE



**A REPRESENTATIVE PAGE OF DEFENDANTS' WEBSITE KENTUCKYWEIGHTPERMIT.ONLINE**



| PORTIONS OF PLAINTIFF'S WEBSITE UCR.ONLINE | A REPRESENTATIVE SAMPLING OF INFRINGING CONTENTS OF DEFENDANTS' WEBSITE KENTUCKYWEIGHTPERMIT.ONLINE |
|---|---|
|  |  |
|  |  |
|  |  |