| | |
|---|---|
| R. Joseph Trojan, CA Bar No. 137,067 | Varand Gourjian (SBN 205344) |
| trojan@trojanlawoffices.com | Tiffany Hyatt Krog (SBN 212915) |
| Dylan C. Dang, CA Bar No. 223,455 | Armen F. Papazian (SBN 209989) |
| dang@trojanlawoffices.com | Tara Karamians (SBN 331329) |
| TROJAN LAW OFFICES | GOURJIAN LAW GROUP, P.C. |
| 9250 Wilshire Blvd., Suite 325 | 101 N. Brand Blvd., Suite 1220 |
| Beverly Hills, CA 90212 | Glendale, California 91203 |
| Telephone: (310) 777-8399 | Telephone: (818) 956-0100 |
| Facsimile: (310) 777-8348 | Facsimile: (818) 956-0123 |
| | Email: varand@gourjianlaw.com |
| Attorneys for Plaintiff | |
| DOT Operating Authority Inc. | Attorneys for Defendants |
| | DOT Operations, Inc., |
| | Narek Matshkalyan, and |
| | Yuri Sarkisyan |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOT Operating Authority Inc., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOT Operations, Inc., a California Corporation, Narek Matshkalyan, an individual; and Yuri Sarkisyan, an individual. | **Case No: 2:24-cv-03173-SPG-AS**<br><br>**SCHEDULE OF PRETRIAL AND TRIAL DATES PURSUANT TO THE COURT'S ORDER (Dkt. 34)**<br><br>**Honorable Sherilyn Peace Garnett**<br>**United States District Judge** |

TROJAN LAW OFFICES
BEVERLY HILLS

Pursuant to the Court's Order (Dkt. 34), Plaintiff DOT Operating Authority Inc. (hereinafter, "DOT OPERATING" or "Plaintiff") and Defendants DOT Operations, Inc. ("DOT OPERATIONS"), Narek Matshkalyan ("MATSHKALYAN"), and Yuri Sarkisyan ("SARKISYAN") (hereinafter, "Defendants") (collectively, the "Parties") respectfully submit the attached Schedule of Pretrial and Trial Dates Worksheet (Exhibit A).

Respectfully submitted,

TROJAN LAW OFFICES

By:

Dated: January 23, 2025

/s/R. Joseph Trojan
R. Joseph Trojan
Attorney for Plaintiff DOT Operating Authority Inc.

GOURJIAN LAW GROUP, P.C.

By:

Dated: January 23, 2025

/s/Armen F. Papazian
Armen F. Papazian (SBN 209989)
Attorney for Defendants
DOT Operations, Inc.,
Narek Matshkalyan, and
Yuri Sarkisyan